

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Case No. 22-10231 |
| Jiri Tresl, | |
| Debtor. | |
| McClellan Building, LLC, | Adv. No. 22-01024 |
| Plaintiff, | |
| v. | JUDGMENT |
| Jiri Tresl, | |
| Defendant. | |

In accordance with the Supplemental Order on Motion for Summary Judgment (ECF No. 77), now therefore, it is hereby

JUDGMENT - 1

ORDERED that Judgement is awarded in favor of Plaintiff McClellan Building, LLC against Defendant Jiri Tresl in the amount of $110,559.11, and this amount shall accrue post-judgment interest from the date of entry of the Supplemental Order on Motion for Summary Judgment at the federal judgement rate.

/// END OF ORDER ///

JUDGMENT - 2